IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 07-cv-00222-PSF-MJW

KELSIE MATHEWS,

     Plaintiff,

v.

BAY AREA CREDIT SERVICE, LLC, a California limited liability company,

     Defendant.

---

## ORDER OF DISMISSAL

---

     The Court having reviewed the parties' Stipulation of Dismissal With Prejudice

(Dkt. # 15), and being advised in the premises, hereby ORDERS that the above-

captioned case is DISMISSED WITH PREJUDICE, each party to pay her or its own

attorney's fees and costs.

     DATED: April 9, 2007

                    BY THE COURT:

                    *s/ Phillip S. Figa*

                    _____

                    Phillip S. Figa
                    United States District Judge